**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Ryckman Creek Resources, LLC., *et al.* | : | Case No. 16-10292 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Troy Construction, LLC,** Attn: Daniel J. O'Hare, 8521 McHard Rd., Houston, TX 77052, Phone: 281-437-8214, Fax: 281-437-9580

2. **Redi Services, LLC,** Attn: Jeff Nelson, PO Box 310, Lyman, WI 42937, Phone: 307-787-6333, Fax: 307-787-3134

3. **Alliance Process Partners, LLC, dba IAG,** Attn: J.B. Switzer, 10300 Town Park Dr., SE4003, Houston, TX 77072, Phone: 832-615-1456, Fax: 713-690-9092

4. **BCCK Engineering, Inc.,** Attn: Ben Friedman, CFO, 2500 N. Big Spring St., Midland, TX 79705, Phone: 432-685-6095, Fax: 432-685-7021

5. **Praxair, Inc.**, Attn: Jeffrey Weiss, 39 Old Ridgebury Rd., Danbury, CT 06810, Phone: 203-837-2104


　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 3


　　　　　　　　　　　　　　　　　　 /s/ Richard L. Schepacarter for
　　　　　　　　　　　　　　　　　　T. PATRICK TINKER
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: February 12, 2016

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Sarah E. Pierce, Esquire, Phone: (302) 651-3127, Fax: (302) 329-9416